UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JACK ROBINSON,

                                  **ORDER**
                          08-CV-902 (NGG) (LB)

              Plaintiff,

       -against-

Federal Bureau of Prisons; Officer JIMMINEZ;
JOHN DOE #1, Acting Warden (Duty Officer);
JOHN DOE #2, Duty Lieutenant; JOHN DOES #3-
7, Officers assigned to Removal Team; Rabbi
Hornic, Rev. JAMES McDEVETT, Warden
CAMERON LINDSAY,

              Defendants.
----------------------------------------------------------------X
NICHOLAS G. GARAUFIS, United States District Judge.

On March 24, 2010, Magistrate Judge Lois Bloom issued a Report & Recommendation ("R&R" (Docket Entry # 54)) recommending that Defendants' motion to dismiss pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure (Docket Entry # 44) be granted and Plaintiff's motion for summary judgment (Docket Entry # 42) be denied.

No party has objected to Judge Bloom's R&R. The time for doing so expired on April 12, 2010. See 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2). Having reviewed Judge Bloom's well-reasoned R&R, the court adopts it in its entirety. See Urena v. New York, 160 F. Supp. 2d 606, 609-10 (S.D.N.Y. 2001) ("To accept the report and recommendation of a magistrate, to which no timely objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record.").

Plaintiff's claim of excessive force is dismissed. Plaintiff's First Amendment claim against Defendant Officer Jimminez, which Defendants did not move to dismiss, shall proceed. Plaintiff's other First Amendment claims are dismissed.

SO ORDERED.

Dated: Brooklyn, New York
April 28 2010

s/Nicholas G. Garaufis
NICHOLAS G. GARAUFIS
United States District Judge