UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JACK ROBINSON,

                Plaintiff,　　　　　　　　　　**ORDER**
　　　　　　　　　　　　　　　　　　　　　　　　　**08 CV 902 (NGG)(LB)**
      -against-

A. JIMMINEZ,

                Defendant.
-----------------------------------------------------------X

**BLOOM, United States Magistrate Judge:**

By Order dated May 12, 2010, the Court set an initial pretrial conference for **June 9, 2010** at 2:30 p.m. in Courtroom 11A of the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York. See docket entry 57. By letter dated May 18, 2010, plaintiff requests mediation of his claims and seeks permission for his friend to accompany him to the conference. See docket entry 60. Plaintiff's request for mediation is denied. The Court cannot compel the parties plaintiff lists in his letter to mediate this case. However, if plaintiff wants to discuss settlement with defendant's counsel, he may do so at anytime.

In addition, plaintiff may bring anyone he chooses to the conference, however, if his friend is not an admitted attorney, he cannot speak on plaintiff's behalf. See U.S. ex rel. Mergent Services v. Flaherty, 540 F.3d 89, 92 (2d Cir. 2008) ("an individual who is not licensed as an attorney 'may not appear on another person's behalf in the other's cause.'") (internal quotations and citations omitted.) Only plaintiff can speak at the Court conference.

SO ORDERED.　　　　　　　　　　　/S/
　　　　　　　　　　　　　　　　　　　LOIS BLOOM
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Dated: May 28, 2010
       Brooklyn, New York