UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

JACK ROBINSON,

                Plaintiff,

-against-

A. JIMMINEZ,

                Defendant.

----------------------------------------------------------X

**ORDER**
**08 CV 902 (NGG)(LB)**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 25 2010 ★
BROOKLYN OFFICE

**BLOOM, United States Magistrate Judge:**

At the initial pretrial conference held on June 9, 2010, the Court directed plaintiff to obtain a copy of the Pro Se Manual from the Clerk's Office. The Court also issued an Order describing the discovery process to plaintiff. See docket entry 66. On June 18, 2010, plaintiff filed a motion seeking to order "the government to depose all health care providers." See docket entry 68. Plaintiff's motion is denied. Plaintiff cannot compel defendant to depose third-parties or to conduct the discovery that he wants done. Plaintiff should refer to the chapter on discovery in the Pro Se Manual. Plaintiff should serve his request on defendant's counsel, not the Court. Defendant's request for an extension to July 18, 2010 to serve initial disclosures on plaintiff is granted. See docket entry 69.

SO ORDERED.

                                              LOIS BLOOM
                                              United States Magistrate Judge

Dated: June 24, 2010
       Brooklyn, New York