UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

JACK ROBINSON,

                Plaintiff,                               **ORDER**
                                                               **08 CV 902 (NGG)(LB)**

    -against-

A. JIMMINEZ,

                Defendant.

-----------------------------------------------------------X
**BLOOM, United States Magistrate Judge:**

By letter dated July 28, 2010, plaintiff moves for an order to compel defendant to produce certain documents. By letter dated July 29, 2010, counsel for defendant states that the documents at issue were sent to plaintiff's current address (67 Strawberry Lane, Staten Island, NY 10312). Counsel for defendant includes a "proof-of-delivery" from FedEx Express. Accordingly, the Court denies plaintiff's motion to compel. If plaintiff did not receive this delivery, he should contact FedEx and/or defendant's counsel.

No hearing is necessary at this time. Therefore, plaintiff's request is denied. (Docket entry 73). Plaintiff must first contact defendant's counsel, not the Court to resolve discovery disputes.

SO ORDERED.

                                                               /Signed by Judge Bloom/
                                                               LOIS BLOOM
                                                               United States Magistrate Judge

Dated: August 17, 2010
        Brooklyn, New York